AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Terry L. Hume
215 Morgan Street, NW
Washington DC 20001

SUMMONS IN A CIVIL CASE

V.

Shawn Watson
c/o Kraftwerks, Inc.
5000 Buchanan Street
Hyattsville MD 20781

and

Kraftwerks, Inc.
5000 Buchanan Street
Hyattsville MD 207821

CASE N

Case: 1:07-cv-01742
Assigned To : Roberts, Richard W.
Assign. Date : 9/28/2007
Description: General Civil

TO: (Name and address of Defendant)

Shawn Watson,
c/o Kraftwerks, Inc,
5000 Buchanan Street,
Hyattsville MD 20781

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        SEP 2 8 2007
CLERK                          DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Terry L. Hume

vs.

Shawn Watson, et al.

No. 1:07-CV-01742 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 08-29-1969.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 10:10 am on October 12, 2007, I served Shawn Watson at 5000 Buchanan Street, Hyattsville, Maryland 20781 by serving Shawn Watson, personally. Described herein:

```
   SEX-    MALE
   AGE-    42
HEIGHT-    5'9"
  HAIR-    BLACK
WEIGHT-    175
  RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on   10/12/07  
              Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195662