**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Terry L. Hume | ) | |
| 215 Morgan Street, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:07-cv- 01742 |
| | ) | |
| Shawn Watson | ) | Motion for Default Judgment |
| c/o Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| Serve: Shawn Watson, President, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR DEFAULT JUDGMENT

The Complaint in this matter was served on both defendants on October 12, 2007. No responsive pleadings have been filed.

WHEREFORE, Plaintiff moves the Court for Judgment by Default against both Defendants.

Respectfully submitted,

Terry L. Hume, Plaintiff
By Counsel

John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.

5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff
November 13, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Terry L. Hume | ) | |
| 215 Morgan Street, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:07 -cv- 01742 |
| | ) | |
| Shawn Watson | ) | ORDER |
| c/o Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| Serve: Shawn Watson, President, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

The Complaint in this matter was served on both defendants on October 12, 2007. No responsive pleadings have been filed.

WHEREFORE, upon the Motion of Plaintiff, the Court grants Judgment by Default oin favor of Plaintiff against both Defendants.

November _____, 2007.

SO ORDERED                                                        _____
                                                                        United States District Judge