IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY L. HUME<br>215 Morgan Street, NW<br>Washington, D.C. 20001<br><br>       Plaintiff<br><br>v.<br><br>SHAWN WATSON<br>c/o KRAFTWERKS, INC.<br>5000 Buchanan Street<br>Hyattsville, Maryland 20781<br><br>       and<br><br>KRAFTWERKS, INC.<br>5000 Buchanan Street<br>Hyattsville, Maryland 20781<br><br>       Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Case No. 1:07-cv-01742<br>: Assigned to: Richard W. Roberts<br>: Assign. Date: 9/28/2007<br>: Description: General Civil<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANTS' RULE 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Defendants certify that to the best of my knowledge and belief, there are not any parent companies, subsidiaries or affiliates of Kraftwerks, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Defendants, Shawn Watson and Kraftwerks, Inc.

        Respectfully submitted,

        McCARTHY WILSON LLP

        /s/ Edward J. Brown
        Edward J. Brown
        DC Bar #414365
        100 South Washington Street
        Rockville, Maryland 20850
        (301) 762-7770
        (301) 762-9079 Fax
        browne@mcwilson.com
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANTS' RULE 7.1 DISCLOSURE was electronically submitted this 13th day of November, 2007 to:

John C. Lowe, Esquire
John Lowe, P.C.
5920 Searl Terrace
Bethesda, Maryland 20816

        /s/ Edward J. Brown
        Edward J. Brown