IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume )<br>215 Morgan Street, NW )<br>Washington, DC 20001 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Shawn Watson )<br>c/o Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br> )<br>and )<br> )<br>Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br>Serve: Shawn Watson, President, )<br> )<br>    Defendants. ) | Case 1:07-cv- 01742<br><br>Motion for Default Judgment |

## MOTION FOR DEFAULT JUDGMENT

The Complaint in this matter was served on both defendants on October 12, 2007. No responsive pleadings have been filed.

WHEREFORE, Plaintiff moves the Court for Judgment by Default against both Defendants.

                                        Respectfully submitted,

                                        Terry L. Hume, Plaintiff
                                        By Counsel

_/s/ John C. Lowe_
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.

5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff
November 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Terry L. Hume<br>215 Morgan Street, NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>Shawn Watson<br>c/o Kraftwerks, Inc.<br>5000 Buchanan Street<br>Hyattsville, MD 20781<br><br>and<br><br>Kraftwerks, Inc.<br>5000 Buchanan Street<br>Hyattsville, MD 20781<br>Serve: Shawn Watson, President,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 1:07-cv- 01742<br><br>Affidavit for Default Judgment |

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 14th day of November, 2007, that I am attorney of record for the plaintiff in the above-entitled case, and that the defendants Shawn Watson and Kraftwerks, Inc. were personally served with process on October 12, 2007. The authority for obtaining jurisdiction over the defendant served outside the District of Columbia is that the location of the actions complained of in the complaint all occurred in the District of Columbia and therefore is subject to the jurisdiction of this Court under the District of Columbia Code Section 13-423(a) (1), (2), and (3).

I further certify under penalty of perjury that no appearance had been entered by said defendants prior to plaintiff filing her Motion for Default Judgment on November 13, 2007 in

this case; no pleading had been filed and none served upon the attorney for the plaintiff prior to plaintiff filing her Motion for Default Judgment on November 13, 2007; no extension has been given and the time for filing had expired prior to plaintiff filing her Motion for Default Judgment on November 13, 2007; and that the defendants are neither infants nor incompetent persons.

[An Answer was filed by the defendants *after* plaintiff filed her Motion for Default Judgment on November 13, 2007. Plaintiff had no notice of any such proposed filing prior to her filing her Motion for Default Judgment.]

The Clerk is requested to enter a Default against said defendants for all relief requested in the Complaint.

Respectfully submitted,

Terry L. Hume, Plaintiff
By Counsel

_____
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff
November 14, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Terry L. Hume | ) | |
| 215 Morgan Street, NW | ) | |
| Washington, DC 20001 | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:07 -cv- 01742 |
| | ) | |
| Shawn Watson | ) | ORDER |
| c/o Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| Serve: Shawn Watson, President, | ) | |
| | ) | |
|     Defendants. | ) | |

## **ORDER**

The Complaint in this matter was served on both defendants on October 12, 2007. No responsive pleadings have been filed.

WHEREFORE, upon the Motion of Plaintiff, the Court grants Judgment by Default oin favor of Plaintiff against both Defendants.

   November _____, 2007.

   SO ORDERED                            _____
                                                    United States District Judge