IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume )<br>215 Morgan Street, NW )<br>Washington, DC 20001 )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>Shawn Watson )<br>c/o Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br>   )<br>and )<br>   )<br>Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br>Serve: Shawn Watson, President, )<br>   )<br>   Defendants. ) | Case 1:07-cv- 01742<br><br>Motion for Leave to File Affidavits |

## MOTION FOR LEAVE TO FILE AFFIDAVITS

Plaintiff filed her motion for Default Judgment November 19, 2007 but inadvertently failed to include an affidvait for Default and an affidavit in compliance with the Servicemembers Civil Relief Act (2003). These affidavits, while required, do not affect Defendant's failure to timely plead to the Complaint and the inadvertent omission of them do not prejudice Defendant, who is not a member of the armed forces, in any way.

Plaintiff accordingly requests leave to file her affidavits and have them considered as a part of her Motion for Default Judgment. Plaintiff's Affidavit in Support of Default was filed forthwith when the omission was noticed. Plaintiff's Affidavit That Defendant Is Not In Military Service took longer to verify and is attached to this Motion.

Respectfully submitted,

Terry L. Hume, Plaintiff
By Counsel

_____
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff
November 29, 2007

## SERVICE CERTIFICATE

I hereby certify that on November 29, 2007 I served a copy of the foregoing Motion and attached affidavit by electronic filing with the Court on

    Edward J. Brown, Esq.
    McCarthy Wilson
    100 South Washington Street
    Rockville MD 220850
    Counsel for Defendants.

_____
John C. Lowe

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Terry L. Hume<br>215 Morgan Street, NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>Shawn Watson<br>c/o Kraftwerks, Inc.<br>5000 Buchanan Street<br>Hyattsville, MD 20781<br><br>and<br><br>Kraftwerks, Inc.<br>5000 Buchanan Street<br>Hyattsville, MD 20781<br>Serve: Shawn Watson, President,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case 1:07-cv- 01742<br><br>Affidavit |

## AFFIDAVIT THAT DEFENDANT IS NOT IN MILITARY SERVICE

    I have known Shawn Watson since at least early 2005 and he has never said anything about being in the military, has never worn a uniform or carried anything indicating any connection with the military, and in conversation has made representations and comments that would be inconsistent with his being in the military. Specifically, his comments about his family life, business activities, and other activities never mentioned military involvement and were inconsistent with military membership.

    I aver that Shawn Watson, to the best of my understanding, knowledge, and belief is not now and has not been since 2003 in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2007.

_____
Terry L. Hume

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume )<br>215 Morgan Street, NW )<br>Washington, DC 20001 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>Shawn Watson )<br>c/o Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br> )<br>and )<br> )<br>Kraftwerks, Inc. )<br>5000 Buchanan Street )<br>Hyattsville, MD 20781 )<br>Serve: Shawn Watson, President, )<br> )<br>    Defendants. ) | Case 1:07-cv- 01742<br><br>Motion for Leave to File Affidavits |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AFFIDAVITS

Plaintiff filed her motion for Default Judgment November 19, 2007 but inadvertently failed to include an affidavit for default and an affidavit in compliance with the Servicemembers Civil Relief Act (2003). [1]

The Affidavit for Default was filed forthwith as soon as the omission was noted.

The Affidavit That Defendant Is Not In Military Service took additional time to verify and is attached to this motion. The affidavit is called for by Title II, Sec. 201(b) of the

---

[1] Defendant's Opposition to Motion for Default Judgment complains of the absence of an affidavit under the Soldiers and Sailors Civil Relief Act, but there has been no such Act since 2003, when the law was rewritten and the Servicemembers Civil Relief Act was the resulting law.

Servicemembers Civil Relief Act (2003). The affidavit attached to the Motion complies with the Act and is factually accurate, on information and belief.

While these affidavits are called for, their absence at the time of filing the Motion for Default do not affect, cure or excuse Defendant's failure to timely plead to the Complaint and the inadvertent omission of it does not prejudice Defendant, who is not a member of the armed forces, in any way.

The issue of an affidavit in compliance with the Servicemembers Civil Relief Act does not apply to the corporate Defendant, Kraftwerks, Inc.

The oversight of failing to include the affidavits when originally filing the Motion for Default Judgment has not prejudiced the Defendant in any way and the Court ought to grant leave to file the affidavits late, in the interest of obtaining the ends of justice.

Plaintiff accordingly requests leave to file her affidavits and to have them considered as part of the pending Motion for Default Judgment.

        Respectfully submitted,

        Terry L. Hume, Plaintiff
        By Counsel

John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff
November 29, 2007

## SERVICE CERTIFICATE

I hereby certify that on November 29, 2007 I served a copy of the foregoing Memorandum by electronic filing with the Court on

    Edward J. Brown, Esq.
    McCarthy Wilson
    100 South Washington Street
    Rockville MD 220850
    Counsel for Defendants.

_____
John C. Lowe

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Terry L. Hume | ) | |
| 215 Morgan Street, NW | ) | |
| Washington, DC 20001 | ) | |
|  | ) | |
|     Plaintiff, | ) | |
|  | ) | |
| v. | ) | Case 1:07-cv- 01742 |
|  | ) | |
| Shawn Watson | ) | Order - Filling of Affidavits |
| c/o Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
|  | ) | |
| and | ) | |
|  | ) | |
| Kraftwerks, Inc. | ) | |
| 5000 Buchanan Street | ) | |
| Hyattsville, MD 20781 | ) | |
| Serve: Shawn Watson, President, | ) | |
|  | ) | |
|     Defendants. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Affidavits, Plaintiff is granted leave to file her two affidavits -- Affidavit of Default and Affidavit That Defendant Is Not In Military Service, and those affidavits will be considered a part of Plaintiff's Motion for Default Judgment.

So ordered this ___ day of _____, 2007.


                                                    _____
                                                  United States District Judge

Copies to:

John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816

Edward J. Brown, Esq.
McCarthy Wilson
100 South Washington Street
Rockville MD 220850
Counsel for Defendants.