LAW OFFICES
# McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP

100 SOUTH WASHINGTON STREET
ROCKVILLE, MARYLAND 20850

(301) 762-7770
FAX (301)762-0374
EMAIL ATTYS@McWILSON.COM
WWW.McWILSON.COM

CHARLES E. WILSON, JR.+
THOMAS PATRICK RYAN+
ROBERT B. HETHERINGTON+
EDWARD J. BROWN+
CHARLES E. WILSON III+
DAVID L. RUBINO+
RICHARD W. EVANS+
JONATHAN R. CLARK+
ANDRÉ M. FORTÉ+

JOSEPH S. McCARTHY
(1918-1983)

210 E. LEXINGTON STREET
SUITE 300
BALTIMORE, MARYLAND 21202
(410) 528-7700
FAX (410) 528-7736

223 N. PROSPECT STREET
SUITE 400
HAGERSTOWN, MARYLAND 21740
(301) 791-6924
FAX (301) 791-6947

RONALD W. COX, JR.+*
AMY L. LEONE+
SHARI COHEN BOSCOLO+
SCOTT D. NELSON+
MATTHEW S. TIDBALL+
NICHOLAS ANDREWS+
MICHAEL B. DE TROIA+
JEFFREY W. STICKLE+
MARISA R. SCHOLLAERT+
TIMOTHY D. FISHER+
MEGAN B. GREENE
KATHRYN E. BONORCHIS
SATY REDDY
SHERRY A. RIGGLEMAN

+ALSO ADMITTED IN DC
*ALSO ADMITTED IN VA

PLEASE REPLY TO

BROWNE@McWILSON.COM

December 28, 2007

United States District Court for the District of Columbia
**Attn: The Honorable Richard W. Roberts**
333 Constitution Avenue, NW
Washington, DC 20001

    Re:    **Hume v. Kraftwerks, et al.**
             **Case No.: 1:07-cv-01742**

Dear Judge Roberts:

    I am writing to provide you with the parties' Status Report pursuant to LCvR 16.3(c), in advance of the January 3, 2008 at 11:00 a.m. Initial Scheduling Conference. Plaintiff's counsel has authorized the submission of this letter.

    Counsel for Plaintiff Terry L. Hume and Defendants Shawn Watson and Kraftwerks, Inc. and have conferred via telephone discussions and exchange of email, and agree upon the following Scheduling Order:

- 26 (a) Disclosures: 2/1/08
- Plaintiff's Expert Disclosures: 3/31/08
- Defendant's Expert Disclosures: 5/30/08
- Discovery Closed: 7/31/08
- Pleadings Amended: 8/15/08
- Dispositive Motions: 8/29/08
- PTC date: 9/15/08 (approx)

Case 1:07-cv-01742-RWR-DAR    Document 13    Filed 12/28/2007    Page 2 of 2

The Honorable Richard W. Roberts
December 28, 2007
Page 2

The Defendant has not determined whether a dispositive motion will be filed. The parties presently view settlement as unlikely. With respect to ADR efforts, the parties believe that a non-binding mediation with the Court Magistrate will be helpful if performed after discovery is completed. The case does not require bifurcation, and only one Pretrial Conference is needed.

Defendants do not consent to reassignment of this action to a Magistrate at this time.

Edward J. Brown, Esquire
McCARTHY WILSON LLP
100 S. Washington Street
Rockville, MD 20850
(301) 762-7770
*Counsel for Defendants*

EJB/ss