## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY L. HUME | : |
| Plaintiff | : |
| v. | : Case No. 1:07-cv-01742 |
| | : Assigned to: Richard W. Roberts |
| SHAWN WATSON | : Assign. Date: 9/28/2007 |
| c/o KRAFTWERKS, INC. | : Description: General Civil |
| and | : |
| KRAFTWERKS, INC. | : |
| Defendants | : |

## MEET AND CONFER STATEMENT

COME NOW the Plaintiff, by his counsel, John Lowe and Defendant's by their counsel, McCarthy Wilson LLP and Edward J. Brown, and file this Meet and Confer Statement/Status Report pursuant to LCvR 16.3(c), in advance of the January 3, 2008 at 11:00 a.m. Initial Scheduling Conference. Plaintiff's counsel has authorized the submission of this statement.

Counsel for Plaintiff Terry L. Hume and Defendants Shawn Watson and Kraftwerks, Inc. and have conferred via telephone discussions and exchange of email, and agree upon the following Scheduling Order:

- 26 (a) Disclosures: 2/1/08
- Plaintiff's Expert Disclosures: 3/31/08
- Defendant's Expert Disclosures: 5/30/08
- Discovery Closed: 7/31/08
- Pleadings Amended: 8/15/08
- Dispositive Motions: 8/29/08
- PTC date: 9/15/08 (approx)

The Defendant has not determined whether a dispositive motion will be filed. The parties presently view settlement as unlikely. With respect to ADR efforts, the parties believe that a non-binding mediation with the Court Magistrate will be helpful if performed after discovery is completed. The case does not require bifurcation, and only one Pretrial Conference is needed.

Defendants do not consent to reassignment of this action to a Magistrate at this time.

Respectfully submitted,

| McCARTHY WILSON LLP | JOHN LOWE, P.C. |
|---|---|
| /s/ | /s/ |
| Edward J. Brown, #414365 | John C. Lowe, #427019 |
| 100 South Washington Street | 5920 Searl Terrace |
| Rockville, Maryland  20850 | Bethesda, MD 20816 |
| (301) 762-7770 | (301) 320-5595 |
| (301) 762-9079 Fax | (301) 320-8878 Fax |
| browne@mcwilson.com | johnlowe@johnlowepc.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANTS' MEET AND CONFER STATEMENT was electronically submitted this 31st day of December, 2007 to:

John C. Lowe, Esquire
John Lowe, P.C.
5920 Searl Terrace
Bethesda, Maryland 20816

/s/
Edward J. Brown