## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 07-1742 (RWR) |
| ) | |
| Shawn Watson ) | |
| ) | |
| and ) | |
| ) | |
| Kraftwerks, Inc. ) | |
| ) | |
| Defendants. ) | |

### CONSENT NOTICE OF CHANGE OF DUE DATE

Pursuant to the Scheduling Order in this case, the Parties jointly agree to extend the dates for serving expert designation so that Plaintiff's designations are due March 13, 2008 and Defendant's designations are due April 12, 2008.

Respectfully submitted,

/s/ John C. Lowe
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff


/s/ Edward J. Brown
Edward J. Brown
McCarthy Wilson

100 South Washington Street
Rockville MD 220850
browne@mcwilson.com
Counsel for Defendant

### SERVICE CERTIFICATE

     I hereby certify that by agreement of counsel, on March 2, 2008, I served a copy of the foregoing Notice on

          Edward J. Brown, Esq.
          McCarthy Wilson
          100 South Washington Street
          Rockville MD 220850
          Counsel for Defendants.


          __/s/ John C. Lowe_____
          John C. Lowe