UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY HUME, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:07-cv-1742 (RWR) |
| : | |
| SHAWN WATSON and : | |
| : | |
| KRAFTWERKS , INC., : | |
| : | |
| Defendants. : | |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

COME NOW Plaintiff Terry Hume by her attorney John C. Lowe and Defendants Shawn Watson and Kraftwerks Inc. by their attorney Edward J. Brown, and file this Joint Motion to Modify the Scheduling Order and state:

  1.  This action involves <u>inter alia</u> allegations of an improper roof installation by Defendants at Plaintiff's home.  Defendants  deny liability.

   2.  Counsel for the parties are working diligently and cooperatively to perform their pretrial efforts, including discovery.  However, discovery was unexpectedly delayed due to  illness suffered by Plaintiff's counsel in the early part of 2008 and by the opening of Defendant's counsel 's new law office in March 2008.

    3.    The parties have not previously moved to modify the Scheduling Order  (although by consent the parties have briefly extended one another's expert designation deadlines).

4. Pursuant to the Scheduling Order, discovery is set to close on May 2, 2008. The parties believe that if discovery is extended for another 60 days, all discovery will be completed, and the parties will be in a position to have a meaningful Post-discovery Conference and/or be in position to settle the case without further court proceedings.

5. The Post-discovery Conference is now set for May 5, 2008 at 10:00 a.m. If the Court grants the discovery extension, the parties ask that the Post-discovery Conference also be extended. Pursuant to paragraph 4 of the Scheduling Order the parties propose July 15, 2008 or July 18, 2008 as alternative dates for the Post-discovery conference.

WHEREFORE, the parties jointly requested court to modify the scheduling order and allow an additional 45 days for discovery and to reset the post discovery conference.

/s/ John C. Lowe
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda, MD 20816
301-320-5595
301-320-8878 fax
johnlowe@johnlowe.com
Counsel for Plaintiff

/s/ Edward J. Brown
Edward J. Brown
D.C. Bar No. 414365
Law Office of Edward J. Brown, LLC
3290 N. Ridge Rd., Suite 210
Ellicott City, MD 21043
410 465 5291
410 465 0078 fax
brown@BudBrownLaw.com
Counsel for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY HUME, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:07-cv-1742 (RWR) |
| | : |
| SHAWN WATSON and | : |
| | : |
| KRAFTWERKS , INC., | : |
| | : |
| Defendants. | : |

## **ORDER**

UPON CONSIDERATION of the Joint Motion to Modify the Scheduling Order, good cause having been shown, it is this _____ day of _____ 2008, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Joint Motion to Modify the Scheduling Order is hereby GRANTED, that discovery shall be completed by July 2, 2008, and that the Post-discovery conference is rescheduled for July _____, 2008.

_____
JUDGE for the United States District
Court of the District of Columbia