## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TERRY HUME,                                  :
                                             :
    Plaintiff,                          :
                                             :
v.                                           : Case No. 1:07-cv-1742 (RWR)
                                             :
SHAWN WATSON and                             :
                                             :
KRAFTWERKS , INC.,                           :
                                             :
    Defendants.                         :

## JOINT SUPPLEMENT TO JOINT MOTION TO MODIFY SCHEDULING ORDER

    COME NOW Plaintiff Terry Hume by her attorney John C. Lowe and Defendants Shawn Watson and Kraftwerks Inc. by their attorney Edward J. Brown, and file this Joint Supplement to Motion to Modify the Scheduling Order and state that they engaged in the following discovery activities on the dates indicated:

Defendants' Expert's inspection of Plaintiff's premises and discussions with Plaintiff - August 12, 2007 .

Initial disclosures, including witness list, by Plaintiff to Defendants.  1/31/08

Initial disclosures, including witness list, by Defendants to Plaintiff.  2/1/08

Production of documents by Plaintiff to Defendants in response to Request for Production. 3/10/08

Answers to Interrogatories by Plaintiff to Defendants in response to Interrogatories. 3/25/08

Service of Plaintiff's expert reports as to all her experts (three experts).  3/12/08

Service of repair estimates by Plaintiff's three damage repair contractors. 3/12.08; 3/12/08; 3/14/08.

Defendants' Rule 26(a)(2) disclosure (without expert report). 4/21/08

Exchange of available deposition dates.  4/23/08

Depositions of parties are presently scheduled for 5/2/08.

************************

Plaintiff chose not to serve Interrogatories or Production of Document requests.

Neither party chose to serve requests for Admissions.

Defendants has not served any expert reports.


/s/ John C. Lowe                                              /s/ Edward J. Brown
John C. Lowe                                                   Edward J. Brown
D.C. Bar No. 427019                                       D.C. Bar No. 414365
John Lowe, P.C.                                              Law Office of Edward J. Brown, LLC
5920 Searl Terrace                                          3290 N. Ridge Rd., Suite 210
Bethesda, MD 20816                                      Ellicott City, MD 21043
301-320-5595                                                   410 465 5291
301-320-8878 fax                                            410 465 0078 fax
johnlowe@johnlowe.com                             brown@BudBrownLaw.com
Counsel for Plaintiff                                      Counsel for Defendants