IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Shawn Watson )<br>)<br>and )<br>)<br>Kraftwerks, Inc. )<br>)<br>    Defendants. ) | Case 07-1742 (RWR) |

## CONSENT NOTICE OF CONSENT CHANGES

Pursuant to the Scheduling Order in this case, the Parties jointly agree to the following changes to the Scheduling Order, as permitted by the order:

1. Service of all supplementary or new discovery requests, or amendments to pleadings due May 30, 2008 . Service may be by e-mail.

2. Responses to discovery requests already served as of May 23, 2008 are due May 30, 2008 . Responses may be by e-mail.

3. All initial expert reports or supplements to expert reports and expert reports rebutting already-served expert reports due May 30, 2008. Service by e-mail followed by mail.

4. Expert reports rebutting initial or supplemental expert reports due June 17, 2008. Service by e-mail followed by mail.

5. Responses to Interrogatories, Requests for Production of Documents, Requests for Admissions, or amendments to pleadings served after May 23, 2008, will be due 15 days after service, instead of 30 days. Responses may be by e-mail followed by mail.

6. Depositions may be noticed for June 13, 17-20 unless otherwise agreed or confirmed by e-mail. The parties will hold those dates for depositions. 5 days notice and dates to be agreed upon.

Respectfully submitted,

_____
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff

### SERVICE CERTIFICATE

I hereby certify that by agreement of counsel, on March 29, 2008, I served a copy of the foregoing Consent Notice on Edward J. Brown, Esq., Counsel for Defendants by e-mail pursuant to agreement of counsel.

_____
John C. Lowe