IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 07-1742 (RWR) |
| ) | |
| Shawn Watson ) | |
| ) | |
| and ) | |
| ) | |
| Kraftwerks, Inc. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on the 29th day of May, 2008, I served on Counsel for Defendant by e-mail, as agreed by both counsel, the following:

>   Supplemental Answers to Interrogatories
>   Supplemental Response to Requests for Production of Documents
>   Plaintiff's First Requests For Admissions
>   Plaintiff's First Set of Interrogatories
>   Plaintiff's First Requests for Production of Documents

I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/ John C. Lowe

John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace

Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff

### SERVICE CERTIFICATE

    I hereby certify that by agreement of counsel, on March 29, 2008, I served a copy of the foregoing Certificate Regarding Discovery on Edward J. Brown, Esq., Counsel for Defendants, by e-mail pursuant to agreement of counsel.

_____
John C. Lowe