IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRY L. HUME | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : Case No. 1:07-cv-01742 |
| | : Assigned to: Richard W. Roberts |
| SHAWN WATSON | : Assign. Date: 9/28/2007 |
| c/o KRAFTWERKS, INC. | : Description: General Civil |
| | : |
| and | : |
| | : |
| KRAFTWERKS, INC. | : |
| | : |
| Defendants | : |

## ORDER

Upon consideration of Plaintiff's Motion to Amend Complaint , and the Defendants' Memorandum in Opposition thereto, it is this ____ day of _____, 2008, hereby

ORDERED, that the Plaintiff's Motion to Amend Complaint be and hereby is DENIED.

　　　　　　　　　　　　　　　　　　　　　　　　JUDGE, United States District Court
　　　　　　　　　　　　　　　　　　　　　　　　For the District of Columbia

**Copies to:**

John C. Lowe, Esquire
John Lowe, P.C.
5920 Searl Terrace
Bethesda, Maryland 20816
*Attorney for Plaintiffs*

Edward J. Brown, #414365
3290 N. Ridge Rd, Suite 210

Ellicott City, Maryland 21043
*Attorney for Defendants*