IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Terry L. Hume | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 07-1742 (RWR) |
| | ) | |
| Shawn Watson | ) | |
| | ) | |
| and | ) | |
| | ) | |
| Kraftwerks, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE DISCOVERY DEADLINE
AND PRETRIAL STATUS HEARING.**

Pursuant to the Scheduling Order in this case, the Parties are scheduled for a status hearing July 18, 2008. Discovery was scheduled to be finished some time ago but for reasons beyond the control of either counsel, there have been interrupted and delays. Both counsel have labored to finish discovery by the initial deadline and thereafter to complete it as soon as possible. No counsel or party wants this case to be delayed but wants speedy resolution.

Despite the best efforts of both counsel and the parties, discovery is not yet completed. The deposition of Defendants was timely begun but could not be finished on the first day of deposition. The parties had agreed that on the date for finishing the depositions of Defendants, telephone depositions would be taken of plaintiff's experts Voth and Walls -- all planned for the same day. Both counsel have conscientiously tried to reschedule the conclusion of the depositions expeditiously and had a date set for concluding it. However, Plaintiff, who has health problems and is disabled, was ill and the depositions could not be finished that date.

A complicating factor is that both counsel are solo practitioners, so it is not as in some firms where the decision can be made to have one of the other attorneys in the firm take the depositions on a date when lead counsel may not be available. There are no other lawyers associated with present counsel for the parties. Both counsel have worked diligently, cooperatively, and collegially to try to adhere to the Court's schedule. Both counsel want to get this case finished. There is no foot dragging or lack of priority here.

Counsel reluctantly but of necessity move the Court to extent the date for the status hearing presently set for July 18, 2008, and after checking both calendars for trial dates and for eye surgery scheduled for Plaintiff's counsel, ask that the Court set a new hearing date be after August 28, 2008, and extend the time within which the depositions of Defendants, expert Voth and expert Walls, may be completed until August 21, 2008.

Respectfully submitted,

*/s/ John C. Lowe*_____
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax
johnlowe@johnlowepc.com
Counsel for Plaintiff

*/s/ Edward J. Brown*_____
Edward J. Brown
DC Bar #414365
Law Offices of Edward J. Brown, L.L.C.
3290 N. Ridge Rd. Suite 210
Ellicott City, MD 20143
410-465-5291
brown@budbrownlaw.com
Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Shawn Watson )<br>)<br>and )<br>)<br>Kraftwerks, Inc. )<br>)<br>    Defendants. ) | Case 07-1742 (RWR) |

### ORDER

The Parties are scheduled for a status hearing July 18, 2008. For good cause shown, the date for concluding the depositions of Defendants, expert Voth, and expert Walls, is extended to August 21, 2008, and the status hearing is continued to _____, 2008.

    SO ORDERED.        _____

                                       Richard W. Roberts
    July ____, 2008        United States District Judge

Copies to:

John C. Lowe
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
Counsel for Plaintiff

Edward J. Brown
Law Offices of Edward J. Brown, L.L.C.
3290 N. Ridge Rd. Suite 210
Ellicott City, MD 20143
Counsel for Defendants