IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Terry L. Hume ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 07-1742 (RWR) |
| ) | |
| Shawn Watson ) | |
| ) | |
| and ) | |
| ) | |
| Kraftwerks, Inc. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on the 5th day pf August, 2008, I served on Counsel for Defendants by e-mail, as agreed by both counsel, the following:

Plaintiff's First Requests for Production of Documents to Defendant Kraftwerks, Inc.
Plaintiff's second Request for Production of Documents to Defendant Watson

I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

/s/ John C. Lowe
John C. Lowe
D.C. Bar No. 427019
John Lowe, P.C.
5920 Searl Terrace
Bethesda MD 20816
301-320-5595
301-320-8878 Fax

johnlowe@johnlowepc.com
Counsel for Plaintiff

## SERVICE CERTIFICATE

    I hereby certify that by agreement of counsel, on August 5, 2008, I served a copy of the foregoing Certificate Regarding Discovery on Edward J. Brown, Esq., Counsel for Defendants, by e-mail pursuant to agreement of counsel.

_____
John C. Lowe