REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: E

| CAUSE OF ACTION: | Diversity-Other Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>CA 07-1742 | DATE REFERRED:<br>8/22/2008<br><br>DISPOSITION DATE: | PURPOSE:<br>For determination of plaintiff's [27] first motion to compel discovery & plaintiff's [31] amended motion to compel discovery | JUDGE:<br>Richard W. Roberts | MAG. JUDGE |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| Terry L. Hume | Shawn Watson |

**ENTRIES:**

Per oral instruction of Judge Richard W. Roberts on 8/22/2008.